UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MULTIPLAST SYSTEMS, INC.,
an Ohio corporation

    Plaintiff,

v.

JAMES HUMMEL, LINDA MANGENE
HUMMEL, MICHAEL WAVRA
and MARY WAVRA,

    Defendants.
_____/

Case No. 1:05cv669
Hon. Hugh W. Brenneman, Jr.

Steven F. Alexsy  (P33438)
SEYBURN, KAHN, GINN,
 BESS AND SERLIN, P.C.
Attorneys for Plaintiff
2000 Town Center, #1500
Southfield, MI  48075
(248) 353-7620

Dan E. Bylenga, Jr.  (P32154)
RHOADES McKEE
Attorneys for Defendants
161 Ottawa Ave. N.W., #600
Grand Rapids, MI  49503
(616) 235-3500
_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    At a session of said Court, held in the Federal
Courthouse, City of Grand Rapids, Kent County,
Michigan, dated: November 3, 2006

    PRESENT: Hon. Hugh W. Brenneman, Jr.
                  U.S. District Court Magistrate Judge

2

IN ACCORDANCE with the parties' stipulation, as evidenced by the signatures of counsel below:

IT IS HEREBY ORDERED that the above-captioned litigation is dismissed with prejudice and without costs and fees awarded to any party.

                                                                          /s/ Hugh W. Brenneman, Jr.
                                                                      Magistrate Judge Hugh W. Brenneman, Jr.

**Approved as to form and content**:

/s/ Steven F. Alexsy
Attorney for Plaintiff

/s/ Dan E. Bylenga, Jr.
Attorney for Defendants